UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TANEISHA LAWRENCE-HAMBLET, and
MITZIE BAKER-ISLAM,

    Plaintiffs,

-against-

IDEAL HOME CARE SERVICES INC., AND
MARIE LABORDE A/K/A NICOLE LABORDE

    Defendants.

Civil Case No.: 17-CV-06472 (ADS)(AKT)

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 10 2018 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

Dated: July 30, 2018

LAW OFFICE OF FINN W. DUSENBERY

By: Finn W. Dusenbery, Esq.
57 W. 57th St., 4th Fl.
New York, NY 10019
(212) 583-0030
finn@dusenberylaw.com
*Attorneys for Plaintiffs*

Dated: July 30, 2018

LITTLER MENDELSON, P.C.

By: Lisa M. Griffith, Esq.
    Paul R. Piccigallo
290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700
LGriffith@littler.com
PPiccigallo@littler.com
*Attorneys for Defendants*

SO ORDERED:

/s/ A. Kathleen Tomlinson  10/10/18
Hon. A. Kathleen Tomlinson, United States Magistrate Judge

The Clerk's Office is directed to close this case.